# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA HUERTA TALAVERA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | NO. ED CV 10-1374 FMO<br><br><br>**JUDGMENT** |

**IT IS ADJUDGED** that plaintiff be awarded attorney's fees and costs in the amount of Three Thousand, Six-Hundred and Seventy-Six dollars and twenty-six cents ($3,676.26) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated this 10th day of April, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge