# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA HUERTA TALAVERA, ) | NO. ED CV 10-1374 FMO |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that plaintiff be awarded attorney's fees and costs in the amount of Three Thousand, Six-Hundred and Seventy-Six dollars and twenty-six cents ($3,676.26) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated this 10th day of April, 2012.

/s/
Fernando M. Olguin
United States Magistrate Judge